**No. 48916.**—Protest 95982–K of S. Lisk & Bro. (New York).

Opinion by OLIVER, P. J. It was stipulated that the wooden paddle sticks in question are similar in all material respects to those involved in Abstract 44028. The claim at 33⅓ percent under paragraph 412 was therefore sustained.

**No. 48917.**—Protest 68890–K of New York Mdse. Co., Inc. (Los Angeles).

Opinion by WALKER, J. It was stipulated that the brushes in question are the same in all material respects as those the subject of *United States* v. *Heinrich* (26 C. C. P. A. 292, C. A. D. 30). In accordance therewith the claim at 50 percent under paragraph 1506 was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1943

**No. 48918.**—Protests 818540–G, etc., of Amerlux Steel Corp. (San Francisco).

Opinion by LAWRENCE, J. The record disclosed that these bale ties are similar in all material respects to those involved in *Wilbur-Ellis Co.* v. *United States* (26 C. C. P. A. 403, C. A. D. 47, and 9 Cust. Ct. 120, C. D. 673). They were therefore held entitled to free entry under paragraph 1604 as claimed.